**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Barbara HUGHES, Claimant— Appellant,**

and

**David Kelly, Jr., a/k/a Panama, Defendant.**

No. 09–1143.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Barbara Hughes, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Barbara Hughes appeals the district court's order denying her motion for reconsideration of its forfeiture order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hughes,* No. 2:07–cr–00014–RAJ–TEM–1 (E.D.Va. Jan. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*